# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CYNTHIA PERKINS

NO. 2020 KW 1204

**JANUARY 14, 2021**

---

In Re:   Cynthia Perkins, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 40299.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT